UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22992-DPG

FRIDA KAHLO CORPORATION, a
Panamanian corporation, and FRIDA KAHLO
INVESTMENTS, S.A., a Panamanian
corporation,

        Plaintiffs,

vs.

ESPERANTO, INC., a Texas corporation,

        Defendant.

_____/

**NOTICE OF STATUS OF SERVICE OF DEFENDANT**

Plaintiffs, Frida Kahlo Corporation and Frida Kahlo Investments, S.A. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby notifies the Court that:

1. Counsel for Defendant, Esperanto, Inc., accepted service on behalf of counsel on October 25, 2022.

2. Counsel for the parties have been in communication and have conferred regarding extensions of time to respond to the Complaint.

3. The undersigned has communicated to counsel for Esperanto that Plaintiffs do not oppose Defendant's request for an extension of time to respond to the Complaint through Friday, December 2, 2022, and requested that Defendant file its unopposed motion for extension of time.

Date: November 30, 2022                            Respectfully submitted,

                                                    By: s/Darlene Barron
                                                       Darlene Barron, Esq.

Florida Bar No. 108873
dbarron@lex188.com
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@lex188.com
Roberto M. Suarez, Esq.
Florida Bar No. 95762
rsuarez@lex188.com
TRUEBA & SUAREZ, PLLC
7480 Bird Road, Suite 601
Miami, Florida 33155
Telephone:   (305) 482-1001
Facsimile:   (786) 516-2826

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, the foregoing document is being served on Defendant, Esperanto, Inc., via email to:

Robert Rivas
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH:  310-478-4100 ext. 6669
FAX: 310-479-1422
E-Mail:  rrivas@wrslawyers.com