UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22992-DPG

FRIDA KAHLO CORPORATION, a
Panamanian corporation, and FRIDA KAHLO
INVESTMENTS, S.A., a Panamanian
corporation,

          Plaintiffs,

vs.

ESPERANTO, INC., a Texas corporation,

          Defendant.
_____/

## MOTION FOR DISMISSAL AND NOTICE OF SETTLEMENT

Plaintiffs, Frida Kahlo Corporation and Frida Kahlo Investments, S.A. (collectively, "Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2), hereby request that the Court dismiss this action, with prejudice, and retain jurisdiction to enforce settlement agreement, and states:

1. On November 30, 2022 Plaintiffs notified the Court that the Defendant had been served and would be requesting an extension of time to respond to the Complaint. Defendant has not responded to the Complaint or pleaded a counterclaim as of the date of this filing.

2. The Parties entered into settlement communications in December and have now completed and executed a formal, written, and confidential settlement agreement, having an effective date of February 1, 2023 ("Settlement Agreement").

3. As part of the Settlement Agreement, the Parties agreed to a dismissal of this case, with prejudice, with each Party to be responsible for its, his or her own attorney's fees and costs;

and providing that the United States District Court for the Southern District of Florida shall retain exclusive jurisdiction to enforce the terms of the confidential Settlement Agreement.

**WHEREFORE,** Plaintiffs respectfully request that the Court dismiss this action, with prejudice, with the Court retaining jurisdiction to enforce the terms of the confidential Settlement Agreement, with each Party to bear its own attorney's fees and costs, and grant such further relief as the Court deems just and proper.

Date:  February 6, 2023

Respectfully submitted,

/s/Darlene Barron
Darlene Barron, Esq.
Florida Bar No. 108873
dbarron@lex188.com
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@lex188.com
TRUEBA & SUAREZ, PLLC
7480 Bird Road, Suite 601
Miami, Florida 33155
Telephone:	(305) 482-1001
Facsimile:	(786) 516-2826

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, the foregoing document is being served on Defendant, Esperanto, Inc., via email to:

Robert Rivas
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH:  310-478-4100 ext. 6669
FAX: 310-479-1422
E-Mail:  rrivas@wrslawyers.com

2